**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00989-CR
No. 05-17-00993-CR
No. 05-17-00994-CR

**DANIELLE NICOLE TURNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-81260-2014, 401-81261-2014, 401-81262-2014**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the January 21, 2018 motion of Marc J. Fratter for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Marc J. Fratter as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Danielle Nicole Turner, TDCJ No. 02147795, Marlin Unit, 2893 State Highway 6, Marlin, Texas, 76661-6588.

/s/ ROBERT M. FILLMORE
JUSTICE